# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES, | |
| Plaintiff(s), | Case No. 2:15-cr-00069-JCM-NJK |
| vs. | ORDER |
| JIANGUO HAN, et al., | |
| Defendant(s). | |

On April 17, 2015, the Court granted the motion for attorney Robert Curtis to appear in this case. *See* Docket No. 32. Since that time, several documents signed by Mr. Curtis have been filed using the CM/ECF login of Matthew Callister. *See, e.g.,* Docket No. 38. Mr. Callister has never filed a notice of appearance in this case. In light of the above, the Court hereby ORDERS that either: (1) Mr. Callister file, no later than May 21, 2015, a notice of appearance if he is actively participating in the defense of this case; or (2) Mr. Callister file a certification, no later than May 21, 2015, that he has advised his staff and associates that his CM/ECF account may not be used in any case in which he is not actively participating, and that the CM/ECF account of the attorney who signs and is responsible for a Court document should be used instead.

IT IS SO ORDERED.

DATED: May 18, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge