# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00069-JCM-NJK |
| Plaintiff(s), | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| BING HAN, | ) | |
| | ) | |
| Defendant(s). | ) | |

On May 19, 2015, Matthew Callister filed a notice of appearance in this case indicating that he is representing Defendant Bing Han.  Docket No. 41.  On July 29, 2015, Suneel Nelson also filed a notice of appearance. Docket No. 64.[1]  In criminal cases, private attorneys representing defendants must file a designation of retained counsel that complies with Local Criminal Rule 44-2.  Accordingly, Mr. Callister and Mr. Nelson shall each file, no later than August 5, 2015, a designation of retained counsel that complies with Local Criminal Rule 44-2.  The notices of appearance filed at Docket Nos. 41 and 64 are hereby **STRICKEN**.

IT IS SO ORDERED.

DATED: July 30, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The body of this notice indicates that Mr. Nelson will be representing Defendant Bing Han.  *See* Docket No. 64.  Nonetheless, the notice was docketed by counsel as indicating that he will be representing all three Defendants in this case.  Counsel must ensure that they properly file documents in the future.