UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:15-cr-00069-JCM-NJK |
| vs. ) | |
| BING HAN, ) | **O R D E R** |
| Defendant. ) | |

Pending before the Court is Defendant's Motion to Suppress Evidence and Statements. Docket No. 38. The Court hereby SETS an evidentiary hearing on this motion, for September 8, 2015, at 10:30 a.m. in Courtroom 3A. *See United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000) (evidentiary hearing required where defendant demonstrates that a significant disputed factual issue exists).

IT IS SO ORDERED.

DATED: August 10, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge