# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-cr-00069-JCM-NJK |
| Plaintiff(s), ) | ORDER |
| vs. ) | |
| BING HAN, ) | |
| Defendant(s). ) | |

Pending before the Court is a motion to suppress filed by Defendant Bing Han. Docket No. 38. On September 4, 2015, Mr. Han filed a request to substitute attorneys. Docket No. 76. The Court hereby **ORDERS** Mr. Han's new attorney to file, no later than September 14, 2015, a notice whether Mr. Han wishes to continue to proceed with that motion to suppress or whether he wishes to withdraw it.

IT IS SO ORDERED.

DATED: September 8, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge